IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 17-03861 (MCF) |
|---|---|
| DIANA FALCÓN DÍAZ | |
| DEBTOR | CHAPTER 11 |

### DEBTOR'S MOTION SUBMITTING AMENDED SCHEDULE J

**TO THE HONORABLE COURT:**

**COMES NOW** debtor through the undersigned attorney and very respectfully state and pray as follows:

1. On May 31st, 2017, the debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. Debtor is hereby amending **_Schedule J_** to list her monthly mortgage payment in the amount of $1,469.00.

3. Debtor is also attaching Official Form 106Dec in regards to Amended Declaration About an Individual Debtor's Schedules.

**WHEREFORE**, debtor requests from this Honorable Court to take notice of said amendment.

**RESPECTFULLY SUBMITTED**

In Caguas, Puerto Rico, this 7th day of July 2017.

**NOTICE:** Within twenty-one **(21) days** after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is

forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I CERTIFY that on this same date the foregoing document has been electronically filed WITH THE Clerk of the Court using the CM/ECF system which sends notified of such filing to all system's participants, including the U.S. Trustee's Office and the Trustee.

**/s/ CARLOS A. RUIZ RODRIGUEZ**
USDC-PR 210009
Attorney for Debtor
P.O. Box 1298, Caguas, PR 00726-1298
Phone: (787) 286-9775 / Fax: (787) 747-2174
carlosalbertoruizquiebras@gmail.com

**Fill in this information to identify your case:**

Debtor 1    DIANA FALCON-DIAZ

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the District of Puerto Rico

Case number    3:17-bk-3861
(if known)

Check if this is:
☒ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of _____

## Official Form 106J
# Amended Schedule J: Your Expenses    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

       ☒ No.
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*

2. **Do you have dependents?**
   Do not list Debtor 1 or Debtor 2.
   Do not state the dependents' names.

   ☒ No
   ☐ Yes. Fill out this information for each dependent

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as your bankruptcy filing date unless you are using this form as supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date

Include expenses paid for with non-cash governmental assistance if you know the value of such assistance and have included it on *Schedule I: Your Income*(Official Form 106I).

**Note:** Expenses for property other than the debtor(s)' primary residence(s), if any, are reported in the Summary of Business/Real-Estate Income & Expense annexed to Schedule I.

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | $1,469.00 |
|  | If not included in line 4: |  |
| 4a. | Real estate taxes |  |
| 4b. | Property, homeowner's, or renter's insurance |  |
| 4c. | Home maintenance, repair, and upkeep expenses | $200.00 |

Official Form 106J      Schedule J: Your Expenses      Page 1

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

|  | | Your expenses |
|---|---|---|
| 4d. Homeowner's association or condominium dues | 4d. | |
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | |
| 6. Utilities: | | |
| 6a. Electricity, heat, natural gas | 6a. | |
| 6b. Water, sewer, garbage collection | 6b. | |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $97.00 |
| 6d. Other. Specify: N/A | 6d. | |
| 7. Food and housekeeping supplies | 7. | |
| 8. Childcare and children's education costs | 8. | |
| 9. Clothing, laundry, and dry cleaning | 9. | $100.00 |
| 10. Personal care products and services | 10. | |
| 11. Medical and dental expenses | 11. | $100.00 |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | |
| 13. Entertainment, clubs, recreation, newspapers, magazine, and books | 13. | |
| 14. Charitable contributions and religious donations | 14. | |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $7.90 |
| 15b. Health insurance | 15b. | |
| 15c. Vehicle insurance | 15c. | |
| 15d. Other insurance. Specify: N/A | 15d. | |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: N/A | 16. | |
| 17. Installment or lease payments | | |
| (None) | 17. | $0.00 |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I* (Official Form 106I) | 18. | |
| 19. Other payments you make to support others who do not live with you. Specify: N/A | 19. | |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I* (Official Form 106I) | | |
| 20a. Mortgages on other property | 20a. | |
| 20b. Real estate taxes | 20b. | |
| 20c. Property, homeowner's, or renter's insurance | 20c. | |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | |
| 20e. Homeowner's association or condominium dues | 20e. | |
| 20f. Other. Specify: | 20f. | |
| 21. Other. Specify: N/A | 21. | |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Debtor 1   DIANA FALCON-DIAZ                                                          Case number: 3:17-bk-3861

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                                    22a.   $1,973.90

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.

    22c. Add line 22a and 22b. The result is your monthly expenses.                 22c.   $1,973.90

23. **Calculate your monthly net income**

    23a. Copy line 12 *(your combined monthly income)* from *Schedule I*            23a.   $9,520.00

    23b. Copy your monthly expenses from line 22 above.                             23b.   $1,973.90

    23c. Subtract your monthly expenses from your monthly income.                   23c.   $7,546.10
    The result is your *monthly net income*

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No
    ☐ Yes.
       Explain.....

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Official Form 106J                            Schedule J: Your Expenses                              Page 3

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 __DIANA FALCON-DIAZ__ | |
| Debtor 2 _____ (Spouse, if filing) | |
| United States Bankruptcy Court for the __District of Puerto Rico__ | |
| Case number __3:17-bk-3861__ (If known) | |

☒ Check if this is an amended filing

## Official Form 106Dec
# Amended Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person __N/A__. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

/s/ DIANA FALCON-DIAZ                          07/07/2017
Signature of Debtor 1                          Date

_____                07/07/2017
Signature of Debtor 2                          Date

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.