TO: CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF MEETING OF CREDITORS

CASE NAME: Diana Falcón Díaz
CASE NUMBER: 17-03861
CHAPTER: 11
JUDGE: MCF
DATE OF MEETING: 6/30/17
TIME OF MEETING: 11:00 a.m.
TRACK NUMBER:
METER READING
  START: ___(hr:min)  ___(hr:min)  ___(hr:min)  ___(hr:min)
  END:   ___(hr:min)  ___(hr:min)  ___(hr:min)  ___(hr:min)

1) DEBTOR:
   (X) PRESENT
   ( ) NOT PRESENT
   ( ) SPOUSE NOT PRESENT

2) DEBTOR'S ATTORNEY:
   (X) PRESENT
   ( ) NOT PRESENT

3) CREDITORS:
   ( ) PRESENT (See attachment)
   (X) NOT PRESENT

4) TRUSTEE:
   ( ) HAS BEEN APPOINTED
       NAME OF TRUSTEE: ___
   (X) HAS NOT BEEN APPOINTED

5) UNSECURED CREDITORS COMMITTEE:
   ( ) HAS BEEN APPOINTED
   (X) HAS NOT BEEN APPOINTED

6) SCHEDULES:
   (X) HAVE BEEN FILED
   ( ) HAVE NOT BEEN FILED

7) STATEMENT OF FINANCIAL AFFAIRS:
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

8) INVENTORY OF THE PROPERTY OF THE DEBTOR'S ESTATE:
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

9) PROOF OF CLOSING PRE-PETITION BANK ACCOUNTS:
   ( ) HAS BEEN FILED
   (X) HAS NOT BEEN FILED  (14 days)

10) PROOF OF OPENING DEBTOR IN POSSESSION BANK ACCOUNTS:
    ( ) HAS BEEN FILED
    (X) HAS NOT BEEN FILED  (14 days)

11) TAX RETURNS LAST TWO YEARS:
    ( ) HAVE BEEN FILED
    (X) HAVE NOT BEEN FILED  (14 days)

12) FINANCIAL STATEMENT(s) LAST TWO YEARS:
    ( ) HAVE BEEN FILED  (14 days)
    (X) HAVE NOT BEEN FILED

13) RENT ROLL:
    ( ) HAS BEEN FILED  (14 days)
    (X) HAS NOT BEEN FILED

14) PROOF OF INSURANCE:
    ( ) HAS BEEN FILED  (14 days)
    (X) HAS NOT BEEN FILED

15) MEETING:
    ( ) CLOSED
    (X) CONTINUED TO:
    DATE: July 28, 2017
    TIME: 10:00 a.m.

- 2 -

16) COMMENTS:

- Debtor within 14 days will file /amendts
  - Comply w/ Sec. 1116 requirements
  - Petition → small business and/or healthcare business.
- Sch. E/F → eliminate debts of corp.
- Sch. D →
- Sch. H → include corp.
- SOFA #4 → income

- Debtor advised the failure to comply was cause for motion to dismiss or convert.

(Filed Electronically)

_____
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444  Fax: (787) 729-7449

6/30/17
Date

Diana Falcón Diaz
17-03861

- 3 -

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|------|-------------------------------|---------|-----------|---------|
|      |                               |         |           |         |