### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> **DIANA FALCÓN DÍAZ** <br><br> DEBTOR | CASE NO. 17-03861 (MCF) <br><br><br> CHAPTER 11 |

### DEBTOR'S MOTION SUBMITTING AMENDED SCHEDULE H

**TO THE HONORABLE COURT:**

**COMES NOW** debtor through the undersigned attorney and very respectfully state and pray as follows:

1. On May 31st, 2017, the debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. Debtor is hereby amending <u>Schedule H</u> to list Hogar María Santísima as codebtor to the business-related debts.

3. Debtor is also attaching Official Form 106Dec in regards to Amended Declaration About an Individual Debtor's Schedules.

**WHEREFORE**, debtor requests from this Honorable Court to take notice of said amendment.

**RESPECTFULLY SUBMITTED**

In Caguas, Puerto Rico, this 14th day of July 2017.

**NOTICE:** Within twenty-one **(21) days** after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is

forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I CERTIFY that on this same date the foregoing document has been electronically filed WITH THE Clerk of the Court using the CM/ECF system which sends notified of such filing to all system's participants, including the U.S. Trustee's Office and the Trustee.

**/s/ CARLOS A. RUIZ RODRIGUEZ**
USDC-PR 210009
Attorney for Debtor
P.O. Box 1298, Caguas, PR 00726-1298
Phone: (787) 286-9775 / Fax: (787) 747-2174
carlosalbertoruizquiebras@gmail.com

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 DIANA FALCON-DIAZ | |
| Debtor 2 _____ (Spouse, if filing) | |
| United States Bankruptcy Court for the District of Puerto Rico | |
| Case number 3:17-bk-3861 (If known) | ☒ Check if this is an amended filing |

Official Form 106H
# Amended Schedule H: Your Codebtors 12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☒ No
      ☐ Yes. In which community state or territory did you live? . Fill in the name and current address of that person.

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply |
| **3.1** HOGAR MARIA SANTISIMA INC. <br> Name <br> PO BOX 9384 <br> Number Street <br><br> Caguas PR 00726-9384 <br> City, State, ZIP Code | ☐ Schedule D, line <br> ☒ Schedule E/F, line 4.1 <br> ☐ Schedule G, line |
| **3.2** HOGAR MARIA SANTISIMA INC. <br> Name <br> PO BOX 9384 <br> Number Street <br><br> Caguas PR 00726-9384 <br> City, State, ZIP Code | ☐ Schedule D, line <br> ☒ Schedule E/F, line 4.2 <br> ☐ Schedule G, line |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply |
| **3.3** HOGAR MARIA SANTISIMA INC.<br>Name<br>PO BOX 9384<br>Number Street<br><br>Caguas PR 00726-9384<br>City, State, ZIP Code | ☐ Schedule D, line<br>☒ Schedule E/F, line **2.1**<br>☐ Schedule G, line |
| **3.4** HOGAR MARIA SANTISIMA INC.<br>Name<br>PO BOX 9384<br>Number Street<br><br>Caguas PR 00726-9384<br>City, State, ZIP Code | ☐ Schedule D, line<br>☒ Schedule E/F, line **2.2**<br>☐ Schedule G, line |
| **3.5** HOGAR MARIA SANTISIMA INC.<br>Name<br>PO BOX 9384<br>Number Street<br><br>Caguas PR 00726-9384<br>City, State, ZIP Code | ☐ Schedule D, line<br>☒ Schedule E/F, line **4.4**<br>☐ Schedule G, line |
| **3.6** HOGAR MARIA SANTISIMA INC.<br>Name<br>PO BOX 9384<br>Number Street<br><br>Caguas PR 00726-9384<br>City, State, ZIP Code | ☐ Schedule D, line<br>☒ Schedule E/F, line **2.3**<br>☐ Schedule G, line |
| **3.7** HOGAR MARIA SANTISIMA INC.<br>Name<br>PO BOX 9384<br>Number Street<br><br>Caguas PR 00726-9384<br>City, State, ZIP Code | ☐ Schedule D, line<br>☒ Schedule E/F, line **4.5**<br>☐ Schedule G, line |

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply |
| **3.8** **MR. RUBEN CLAUDIO LOZADA** Name **PO BOX 9384** Number Street <br><br> **Caguas PR 00726-9384** City, State, ZIP Code | ☒ Schedule D, line **2.1** <br> ☐ Schedule E/F, line <br> ☐ Schedule G, line |
| **3.9** **HOGAR MARIA SANTISIMA INC.** Name **PO BOX 9384** Number Street <br><br> **Caguas PR 00726-9384** City, State, ZIP Code | ☒ Schedule D, line **2.1** <br> ☐ Schedule E/F, line <br> ☐ Schedule G, line |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 __DIANA FALCON-DIAZ__ | |
| Debtor 2 _____ (Spouse, if filing) | |
| United States Bankruptcy Court for the __District of Puerto Rico__ | |
| Case number __3:17-bk-3861__ (If known) | |

☒ Check if this is an amended filing

## Official Form 106Dec
# Amended Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person __N/A__. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

/s/ DIANA FALCON-DIAZ                    07/14/2017
Signature of Debtor 1                    Date

_____                  07/14/2017
Signature of Debtor 2                    Date

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.