TO:   CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF MEETING OF CREDITORS

CASE NAME: Druna Fulcon Dist        CASE NUMBER: 17-03861

CHAPTER: 11

JUDGE: MCF

DATE OF MEETING: 7/28/17        TIME OF MEETING: 10:00 a.m.

TRACK NUMBER: 01

METER READING
START: 0:00 (hr:min)
END:   0:53 (hr:min)

1) DEBTOR:
   (X) PRESENT
   ( ) NOT PRESENT
   ( ) SPOUSE NOT PRESENT

2) DEBTOR'S ATTORNEY:
   (X) PRESENT
   ( ) NOT PRESENT

3) CREDITORS:
   ( ) PRESENT (See attachment)
   (X) NOT PRESENT

4) TRUSTEE:
   ( ) HAS BEEN APPOINTED
       NAME OF TRUSTEE: _____
   (X) HAS NOT BEEN APPOINTED

5) UNSECURED CREDITORS COMMITTEE:
   ( ) HAS BEEN APPOINTED
   (X) HAS NOT BEEN APPOINTED

6) SCHEDULES:
   (X) HAVE BEEN FILED
   ( ) HAVE NOT BEEN FILED

7) STATEMENT OF FINANCIAL AFFAIRS:
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

8) INVENTORY OF THE PROPERTY OF THE DEBTOR'S ESTATE:
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

9) PROOF OF CLOSING PRE-PETITION BANK ACCOUNTS:
   ( ) HAS BEEN FILED
   (X) HAS NOT BEEN FILED

10) PROOF OF OPENING DEBTOR IN POSSESSION BANK ACCOUNTS:
    (X) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

11) TAX RETURNS LAST TWO YEARS:
    (X) HAVE BEEN FILED (2013-2015)
    (X) HAVE NOT BEEN FILED (2016)

12) FINANCIAL STATEMENT(s) LAST TWO YEARS:
    ( ) HAVE BEEN FILED
    (X) HAVE NOT BEEN FILED

13) RENT ROLL:
    (X) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

14) PROOF OF INSURANCE:
    (X) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

15) MEETING:
    (X) CLOSED
    ( ) CONTINUED TO:
        DATE: _____
        TIME: _____

- 2 -

16) COMMENTS:

— Debtor within 7 days will amend:
- Sch. A/B → interest in corp. Hogar Maria Santísima, Inc.
- Sch. I → personal income
- Sch. J → personal expenses
- SOFA #5 → income rent.

(Filed Electronically)

_____
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444  Fax: (787) 729-7449

7/28/17
Date

Orane Falcón
17-03861

- 3 -

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| | | | | |