IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

DIANA FALCON DIAZ

XXX-XX-7402

Debtor(s)

CASE NO. 17-03861 MCF
Chapter 11

FILED & ENTERED ON 8/24/2017

### ORDER DISMISSING CASE

Upon the application for voluntary dismissal filed by the debtor(s) (see docket entry #41), it is now

ORDERED, that the instant case be and is hereby dismissed; and it is further

ORDERED, that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

**THE HEARING SCHEDULED FOR 8/30/2017, AT 9:00 A.M. IS VACATED AND SET ASIDE.**

SO ORDERED.

San Juan, Puerto Rico, this 24 day of August, 2017.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

C: All creditors
F/up